UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAULO TRINDADE, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * Civil Action No. 19-cv-10717-ADB |
| GROVE SERVICES, INC. and VICTOR SPIVAK, | * |
| | * |
| | * |
| Defendants. | * |
| | * |

## **AMENDED SCHEDULING ORDER**

BURROUGHS, D.J.

After a status conference on October 15, 2020, and pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f), it is hereby <u>ORDERED</u> as follows.

1. All fact discovery, including non-expert depositions, shall be completed by <u>November 10, 2020</u>.

2. Defendants' expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) shall be served by <u>October 15, 2020</u>.

3. Plaintiff's expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) shall be served by <u>November 16, 2020</u>.

4. Motions for summary judgment shall be filed within <u>30 days</u> of the Court's Order on Defendants' pending motion to dismiss. The deadlines for the filing of oppositions and replies shall be governed by Local Rule 56.1.

As the Court informed the parties during the October 15, 2020 status conference, there will be no extensions to this schedule.

**SO ORDERED.**

October 15, 2020    /s/ Allison D. Burroughs
ALLISON D. BURROUGHS
U.S. DISTRICT JUDGE