UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Paulo Trindade
    Plaintiff

    v.

CIVIL ACTION NO.:
1:19-cv-10717-ADB

Grove Services, Inc. et al
    Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **JUDGMENT**
February 23, 2023

Burroughs, D.J.

In accordance with the Findings of Fact and Conclusions of Law entered on <u>February 22, 2023</u>, Judgment is entered on behalf of the Plaintiff awarding damages in the amount of $330,597.00, plus reasonable attorneys' fees and costs pursuant to Mass. Gen. Laws ch. 149, § 150.

Judgment shall enter as follows:

- For Count I:
    - Judgment shall enter for Defendants for the 2015 claim.
    - Judgment shall enter for Plaintiff in part and for Defendants in part for the 2016 claim.

- For Count II:
    - Judgment shall enter for Grove for the 2015 claim.
    - Judgment shall enter for Plaintiff in part and for Grove in part for the 2016 claim.
    - Judgment shall enter for Plaintiff in part and for Grove in part for the 2014 claim.

This case is hereby DISMISSED.

    SO ORDERED.

                                                        /s/ Allison D. Burroughs
                                                        ALLISON D. BURROUGHS
                                                        United States District Judge